# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CICI'S ENTERPRISES, LP, and YES CAPS, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-2121-S-BT |
| TLT HOLDINGS, LLC, and TODD ADAMS | § § § | |

### **ORDER**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED.**

SIGNED December 13, 2022.

_____
UNITED STATES DISTRICT JUDGE